```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0301--MJ (JDR)
                         "USA V GARY E. SKAGGS   (CVB)"
                              DEF 1.1 SKAGGS, GARY E.

            Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Magistrate Judge:
             Filed: 11/17/04
            Closed: 11/03/05
 No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Released on Own Recognizance
        Trial date:
        Terminated: NO
 Needs interpreter: NO
  Counsel of record: Hal P. Gazaway
                     8620 Boundary Avenue
                     Anchorage, AK 99504
                     907-338-8111
                     FAX 907-338-8118
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 USA

 Counsel of record: Audrey J. Renschen
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 SKAGGS, GARY E.

 Document         Count     Citation and Description                              Disposition
 _____         _____     _____                              _____
                            No charges specified
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0301--MJ (JDR)
                            "USA V GARY E. SKAGGS   (CVB)"

                                  For all filing dates


  Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
            Filed: 11/17/04
           Closed: 11/03/05
No. of Defendants: 1


 Document #   Filed      Docket text
 _____  _____  _____

     1 -  1  11/17/04   [Re: DEF 1] PLF 1 Violation Notice (CVB) No. F014399/AL1 w/att papers.

     2 -  1  11/17/04   [Re: DEF 1] Notice re TBC set for 5/15/05 at 9:30 a.m.

     3 -  1  12/21/04   DEF 1 motion to dismiss for lack of authority over def's legal use of a
                        motorized vehicle on a RS-2477 Road w/att aff/memo.

     4 -  1  12/22/04   [Re: DEF 1] PLF 1 Unopposed motion for 60 day extension of time to
                        respond to motion to dismiss.

     5 -  1  01/14/05   DEF 1 Errata re: DEF 1 motion to dismiss for lack of authority over
                        def's legal use of a motorized vehicle on a RS-2477 Road (3-1).

     6 -  1  03/01/05   [Re: DEF 1] PLF 1 (second) unopposed motion for ext of time to 3/17 to
                        oppos mot to dsmss.

     7 -  1  03/03/05   [Re: DEF 1] JDR Order terminating in light of this order: unopposed
                        motion for 60 day extension of time to respond to motion to dismiss
                        (4-1); GRANTING (second) unopposed motion for ext of time to 3/17 to
                        oppos motion to dismiss (6-1). cc: cnsl

     8 -  1  03/04/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss for lack of
                        authority over def's legal use of a motorized vehicle on a RS-2477 Road
                        (3-1).

     9 -  1  03/07/05   [Re: DEF 1] PLF 1 Notice of Unavailability from 3/7 to 3/21.

    10 -  1  03/10/05   [Re: DEF 1] JDR Order denying mot to dismiss for lack of authority over
                        def's legal use of a motorized (3-1). cc: USA, H. Gazaway

    11 -  1  04/22/05   DEF 1 motion to continue hearing set for 5/5/05 w/att aff.

    12 -  1  04/25/05   [Re: DEF 1] JDR Minute Order granting motion to continue hearing set for
                        5/5/05 (11-1); TBC reset for 6/15/05 at 10:00 a.m. cc: USA, H. Gazaway

    13 -  1  06/06/05   [Re: DEF 1] PLF 1 Unopposed motion for a continuance to schedule trial.

    14 -  1  06/08/05   [Re: DEF 1] JDR Minute Order granting Unopposed motion for a continuance
                        to schedule trial (13-1); TBC RESET for 8/23/05 at 9:00 a.m. before MJ
                        Jamin. cc: USA, H. Gazaway, MJ Jamin

    15 -  1  08/24/05   [Re: DEF 1] MDJ Court Minutes [ECR: April Karper/Linda Christensen] re
                        TBC (CVB No. F014399/AL1)(operating an ATV on closed road)(held
                        8/23/05); closing arguments to be scheduled; cnsl will be advised of
                        date & time set; 1/2 hour to be set aside for O/A; wit/exh list att;
                        original exhs returned to cnsl; copies of all adm exhs forwarded to
                        chambers.

    16 -  1  09/12/05   [Re: DEF 1] MDJ Minute Order re Final Argument set for 9/14/05 at 2:00
                        p.m. cc: USA, H. Gazaway

ACRS: R_RDSDX               As of 12/01/05 at 4:00 PM by GARRY                        Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0301--MJ (JDR)
                         "USA V GARY E. SKAGGS   (CVB)"
```

|                                |                                              |
| ------------------------------ | -------------------------------------------- |
| For all filing dates           |                                              |

| Document # | Filed    | Docket text |
| ---------- | -------- | ----------- |
| 17 - 1     | 09/15/05 | [Re: DEF 1] MDJ Court Minutes [ECR: Robin Carter] Re: final arguments (CVB No. F014399/AL1) held 9/14/05; matters taken under advisement. cc: USA, H. GAZAWAY, MJ Roberts |
| 18 - 1     | 10/26/05 | [Re: DEF 1] MDJ Minute Order a hearing on the courts findings re CVB No. F014399/AL1 is set for 11/3/05 at 10:30 a.m. in Courtroom #5.  cc: AUSA, H. Gazaway, USM, USPO |
| 19 - 1     | 11/02/05 | DEF 1 Notice of filing faxed signature of def signature on consent to appear  w/att consent to appear. |
| 20 - 1     | 11/03/05 | [Re: DEF 1] MDJ Court Minutes [ECR: Caroline Edmiston] RE: Hearing on Courts Findings RE: (CVB No. F014399/AL1)(operating an ATV on closed road); defendant found Guilty; $100.00 fine; $10.00 special assessment; due 11/14/05 to Clerk's Office; Payment Coupon and Notice of Appeal given to Mr. Gazaway. CC: USA, H. Gazaway, CVB Clerk. |
| 21 - 1     | 11/03/05 | [Re: DEF 1] MDJ Memorandum Decision. CC: USA, H. Gazaway (disbursed in court). |
| 22 - 1     | 11/10/05 | DEF 1 appeal to 9CCA of (20-1) filed 11/03/05, (21-1) filed 11/03/05. cc:USA, H.Gazaway, Madistrate Judge Roberts, 9CCA, USM, PO |
| NOTE - 1   | 11/14/05 | Transmittal: Forwarded notice of appeal (22-1) to 9CCA. |